David H. Waters, CAB# 078512
Jack W. Schwartz, Jr., CASB# 124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:            dwaters@burnhambrown.com
                     jschwartz@burnhambrown.com

Attorneys for Federal Deposit Insurance Corporation
as Receiver of Defendant IndyMac Bank, FSB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MORFIDIS aka VICTORIA FLORENTINO,<br><br>          Plaintiff,<br><br>v.<br><br>INDYMAC BANK, an unknown entity; MTC FINANCIAL, INC., dba TRUSTEE CORPS, an unknown entity; BLUE MOUNTAIN MORTGAGE, LLC, an unknown entity; JIM BARCEWSKI; LENDING SERVICES, LLC, an unknown entity, SUISUN VALLEY PARTNERS, LLC, an unknown entity; KEVIN BROWNING; MICHAEL FLORENTINO; and DOES 1 through 10, inclusive,<br><br>          Defendants. | No.  2:10-CV-01797-LKK-GGH<br><br>*Assigned to The Honorable Lawrence K. Karlton, Courtroom No. 4*<br><br>**ORDER ON EX PARTE APPLICATION TO CONTINUE HEARING ON FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR DEFENDANT INDYMAC BANK, FSB'S MOTION TO DISMISS CLAIMS** |

The Court has reviewed the Ex Parte Application of the Federal Deposit Insurance Corporation as Receiver of Defendant IndyMac Bank, FSB to continue the hearing on its Motion To Dismiss Claims. The subject motion is currently scheduled for hearing on September 13, 2010.

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Ex Parte Application of the Federal Deposit Insurance Corporation As Receiver of Defendant IndyMac Bank, FSB to continue the hearing on its Motion To Dismiss Claims is GRANTED.

The September 13, 2010 hearing date on the Motion of the Federal Deposit Insurance Corporation, As Receiver of Defendant IndyMac Bank, FSB's To Dismiss Claims is continued until October 12, 2010 at 10:00 a.m. in Courtroom No. 4 of this Court.

Dated: August 31, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1  1025825

[Proposed] Order On Ex Parte Application To Continue Hearing on FDIC   No. 2:10CV01797LKK-GGH
As Receiver of Def. IndyMac Bank, FSB's Motion To Dismiss Claims