David H. Waters, CAB# 078512
Jack W. Schwartz, Jr., CASB# 124506
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666
Email:         dwaters@burnhambrown.com
               jschwartz@burnhambrown.com

Attorneys for Federal Deposit Insurance Corporation
as Receiver of Defendant IndyMac Bank, FSB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MORFIDIS aka VICTORIA FLORENTINO,<br><br>    Plaintiff,<br><br>v.<br><br>INDYMAC BANK, an unknown entity; MTC FINANCIAL, INC., dba TRUSTEE CORPS, an unknown entity; BLUE MOUNTAIN MORTGAGE, LLC, an unknown entity; JIM BARCEWSKI; LENDING SERVICES, LLC, an unknown entity, SUISUN VALLEY PARTNERS, LLC, an unknown entity; KEVIN BROWNING; MICHAEL FLORENTINO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No.  2:10-CV-01797-LKK-GGH<br><br>*Assigned to The Honorable Lawrence K. Karlton, Courtroom No. 4*<br><br>**ORDER ON EX PARTE APPLICATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

The Court has reviewed the Ex Parte Application of the Federal Deposit Insurance Corporation as Receiver of Defendant IndyMac Bank, FSB to continue the Status (Pretrial

///

///

1

Scheduling) Conference currently scheduled for hearing on September 27, 2010.

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Ex Parte Application of the Federal Deposit Insurance Corporation As Receiver of Defendant IndyMac Bank, FSB to continue the Status (Pretrial Scheduling) Conference is GRANTED.

The September 27, 2010 Status Conference is continued until November 15, 2010 at 2:30 p.m. in Courtroom No. 4 of this Court.  The parties are instructed to file status reports fourteen (14) days prior to the conference.

Dated: September 20, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT