UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTORIA MORFIDIS aka
VICTORIA FLORENTINO,

        Plaintiff,

        v.

INDYMAC BANK, an unknown entity; MTC FINANCIAL, INC., dba TRUSTEE CORPS, an unknown entity; BLUE MOUNTAIN MORTGAGE, LLC, an unknown entity; JIM BARCEWSKI; LENDING SERVICES, LLC, an unknown entity; SUISUN VALLEY PARTNERS, LLC, an unknown entity; KEVIN BROWNING; MICHAEL FLORENTINO; and DOES 1 through 10, inclusive,

        Defendants.
_____/

CIV. NO. S-10-1797 LKK/GGH

O R D E R

On August 9, 2010, receiver Federal Deposit Insurance Company filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1). The motion was set for hearing on October 12, 2010. Plaintiff filed a non-opposition to the motion on September 27, 2010. For the foregoing reasons, the court ORDERS as follows:

////

1  [1] The motion of Federal Deposit Insurance Company as receiver of Defendant Indymac Bank to dismiss claims of plaintiff Victoria Morfidis is GRANTED.

[2] Plaintiff's claims against Federal Deposit Insurance Company As Receiver for defendant Indymac, FSB, are dismissed with prejudice.

[3] The hearing scheduled for October 12, 2010 is VACATED.

IT IS SO ORDERED.

DATED: October 4, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2