UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTORIA MORFIDIS aka
VICTORIA FLORENTINO,

        Plaintiff,

        v.

INDYMAC BANK, an unknown entity; MTC FINANCIAL, INC., dba TRUSTEE CORPS, an unknown entity; BLUE MOUNTAIN MORTGAGE, LLC, an unknown entity; JIM BARCEWSKI; LENDING SERVICES, LLC, an unknown entity; SUISUN VALLEY PARTNERS, LLC, an unknown entity; KEVIN BROWNING; MICHAEL FLORENTINO; and DOES 1 through 10, inclusive,

        Defendants.
_____/

CIV. NO. S-10-1797 LKK/GGH

O R D E R

        This case was removed from Solano County Superior Court pursuant to 12 U.S.C. § 1819(b)(2)(A), which provides federal court jurisdiction over all cases to which the Federal Deposit Insurance Company ("FDIC") is a party. On October 5, 2010 this court granted a motion to dismiss all claims against FDIC. Having dismissed all claims against FDIC, the court found no further basis for federal court jurisdiction over the matter, and on October 26, 2010, the

1  court issued an Order to Show Cause why the case should not be
2  remanded to state court. ECF No. 27. The order directed the parties
3  to show cause in writing within seven (7) days of the issuance of
4  the order. No parties have submitted any papers showing cause why
5  the case should not be remanded.
6      Accordingly, the court ORDERS that this case is REMANDED to
7  Solano County Superior Court.
8      IT IS SO ORDERED.
9      DATED: November 4, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2